UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MARQUIS FREEMAN,

                                      Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

15-CR-625-VB

Defendant ___Marquis Freeman___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_/s/ Marquis Freeman_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Marquis Freeman_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Jason Ser_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_10/5/2020_
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge