UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,        **ORDER**

    -against-

                                                            15 CR 625

MARQUIS FREEMAN,

                                Defendant.
------------------------------------------------------------X

On October 5, 2020, the above-named defendant appeared before the Court for an arraignment on a violation of supervised release. During this proceeding, the Court released the defendant on the same conditions previously imposed by the Honorable Vincent L. Briccetti on November 20, 2019, with the additional condition that, by October 9, 2020, the defendant must enter in an in-patient drug treatment program, and provide a doctor's note clearing him for such a program.

Dated: October 5, 2020
       White Plains, New York

                                                     **SO ORDERED:**

                                                     _____
                                                   JUDITH C. McCARTHY
                                                   United States Magistrate Judge