UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :     **ORDER**  10-6-20
v.                                  :
                                    :     15 CR 625 (VB)
MARQUIS FREEMAN,                    :
                 Defendant.         :
--------------------------------------------------------------x

A status conference in this matter is scheduled for October 29, 2020, at 3:30 p.m. Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. By October 15, 2020, defense counsel shall advise the Court in writing, and by filing a letter on the docket, as to whether his client waives his right to be physically present and consents to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**
**Access Code: 1703567**

Dated: October 6, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge