UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

MARQUIS FREEMAN,
           Defendant.
--------------------------------------------------------------x

**ORDER**

15 CR 625 (VB)

      By order dated October 28, 2020, the Court scheduled a telephone conference in this violation of supervised release matter for December 4, 2020, at 12:00 p.m. However, the Probation Department has advised the Court that on November 2, 2020, defendant was discharged unsuccessfully from the in-patient treatment program he was attending for violating the program's rules and regulations.

      Accordingly, the Court has decided to advance the date of the next conference in this case to **November 18, 2020, at 10:30 a.m.** At the request of the Probation Officer, the Court has issued a summons requiring defendant's appearance at the November 18, 2020, conference, which will be conducted in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Room 620, White Plains, NY 10601. All counsel shall also attend in person.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:
https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.
Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: November 13, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge