UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

MARQUIS FREEMAN,

                              Defendant(s).
------------------------------------------------------------------X

CONSENT TO PROCEED BY ~~VIDEO OR~~ TELE CONFERENCE

15-CR-625 (VB)

Defendant __Marquis Freeman__ hereby voluntarily consents to participate in the following proceeding via ~~__X__ videoconferencing~~ or __X__ teleconferencing:

___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

__X__  Conference Before a Judicial Officer (VOSR)

/s/Marquis Freeman
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Marquis Freeman
Print Defendant's Name

Defendant's Counsel's Signature

Jason Ser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/10/21
Date

U.S. District Judge/~~U.S. Magistrate Judge~~